## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ming Wei, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1321 C.D. 2018 |
| | : | |
| State Civil Service Commission | : | |
| (Pennsylvania Department of | : | |
| Health), | : | |
| Respondent | : | |

**PER CURIAM**                    **O R D E R**

NOW, June 21, 2019, upon consideration of petitioner's application for reconsideration, the application is denied.